CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| American Oversight | ) |
| | ) |
| Plaintiff vs | ) Civil Action No. 25-cv-1987 |
| U.S. Immigration and Customs Enforcement | ) |
| Defendant | ) |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __American Oversight__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Oversight__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__144574__
BAR IDENTIFICATION NO.

Emma Lewis
Print Name

1030 15th Street B255
Address

Washington   DC   20005
City   State   Zip Code

(202) 919-6303
Phone Number