UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Defendant. | Civil Action No. 25-1987 (RC) |

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendant United States Immigration and Customs Enforcement ("ICE" or "Agency"), through undersigned counsel, respectfully file this joint status report.

This is a case under the Freedom of Information Act ("FOIA"). On August 25, 2025, the Court ordered the parties to meet, confer, and jointly submit a proposed briefing schedule by today. Defendant reports that it has yet to complete searching for, processing, and producing potentially responsive records, and therefore requests that the parties be relieved from submitting a joint proposed briefing schedule at this time. That said, Defendant can report that it has tasked two office components with searching for records responsive to Plaintiff's request. ICE FOIA has received a production back from one office component but is still waiting for a response from the other. ICE FOIA is reviewing the production that it received from the component that sent a production and should be able to issue a release by the end of the week. Plaintiff has requested more information from Defendant about the status and scope of the searches. Defendant is working on ascertaining a more definitive timeline for the rest of the request.

Plaintiff requests that the parties be able to submit a joint status report by Wednesday, October 8, 2025.

Defendant requests that the parties be able to submit a joint status report by Friday, November 7, 2025.

Date:   September 8, 2025                    Respectfully submitted,

*/s/ Daniel Martinez*                               JEANINE FERRIS PIRRO
Emma Lewis                                         United States Attorney
D.C. Bar No. 144574
Daniel Martinez                                    By:         */s/ Sam Escher*
D.C. Bar No. 90025922                                    SAM ESCHER, D.C. Bar #1655538
AMERICAN OVERSIGHT                                       Assistant United States Attorney
1030 15th Street NW, B255                                601 D Street, NW
Washington, DC 20005                                     Washington, DC 20530
(202) 919-6303                                           (202) 252-2531
emma.lewis@americanoversight.org                         Sam.Escher@usdoj.gov
(202) 897-2465
danny.martinez@americanoversight.org               *Attorneys for United States of America*

*Counsel for Plaintiff*