UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 25-1987 (RC) |

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendant United States Immigration and Customs Enforcement ("ICE" or "Agency"), through undersigned counsel, respectfully file this joint status report.

This is a case under the Freedom of Information Act ("FOIA"). On September 8, 2025, Defendant reported that it had yet to complete searching for, processing, and producing potentially responsive records. Defendant also reported that it had tasked two office components with searching for records responsive to Plaintiff's request. Those offices were the ICE Office of Regulatory Affairs and Policy (ORAP) and the ICE Office of the Director. Defendant reported that it was reviewing the production that it received from the component that sent a production (ORAP) and should be able to issue a release by the end of the week. Due to an administrative error, the 64-page production was not produced to Plaintiff until January 5, 2026. 1-page was sent to DHS HQ as a referral from ORAP. DHS HQ will provide a direct response to Plaintiff regarding that 1-page referral. Defendant is currently processing records from the Office of the Director. Upon

litigation review, Enforcement and Removal Operations (ERO) was also tasked to conduct a search for responsive records on January 5, 2026.

The parties spoke on January 9, 2026, regarding the issues related to the production, searches, and taskings for the FOIA request. Defendant plans on making their next production of records to Plaintiff on or before February 9, 2026.

The parties request that they be able to submit a joint status report by Tuesday, February 10, 2026.

Date:   January 9, 2026                                          Respectfully submitted,

*/s/ Daniel Martinez*                                            JEANINE FERRIS PIRRO
Emma Lewis                                                       United States Attorney
D.C. Bar No. 144574
Daniel Martinez                                                  By:      */s/ Sam Escher*
D.C. Bar No. 90025922                                                  SAM ESCHER, D.C. Bar #1655538
AMERICAN OVERSIGHT                                                     Assistant United States Attorney
1030 15th Street NW, B255                                              601 D Street, NW
Washington, DC 20005                                                   Washington, DC 20530
(202) 919-6303                                                         (202) 252-2531
emma.lewis@americanoversight.org                                       Sam.Escher@usdoj.gov
(202) 897-2465
danny.martinez@americanoversight.org                             *Attorneys for United States of America*

*Counsel for Plaintiff*

2