UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

       Plaintiff,

  v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

       Defendant.

Civil Action No. 25-1987 (RC)

## JOINT STATUS REPORT

Plaintiff American Oversight and Defendant United States Immigration and Customs Enforcement ("ICE" or "Agency"), through undersigned counsel, respectfully file this joint status report.

ICE FOIA is back in the office and processing records again. It has approximately 551 pages and 9 Microsoft Excels left to review. It will make the next and final production by June 10, 2026.

The parties propose that they be able to file another joint status report by July 9, 2026.

\*     \*     \*

Date:   May 12, 2026

/s/ Daniel Martinez
Emma Lewis
D.C. Bar No. 144574
Daniel Martinez
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org
(202) 897-2465
danny.martinez@americanoversight.org

Counsel for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        /s/ Sam Escher
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

Attorneys for United States of America

2