UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-1987 (RC) |

**JOINT STATUS REPORT**

Plaintiff American Oversight and Defendant United States Immigration and Customs Enforcement ("ICE" or "Agency"), through undersigned counsel, respectfully file this joint status report.

Since the parties' last Joint Status Report, ICE FOIA has continued processing the additional records identified by Enforcement and Removal Operations ("ERO") following Plaintiff's June 30, 2026, communication regarding potentially missing directives, guidance, protocol, and training materials. ICE FOIA previously advised that it anticipated further monthly productions at a rate of 850 pages per month, beginning on or before July 31, 2026.

**CURRENT STATUS**

Since the parties' last Joint Status Report, ICE FOIA made two (2) additional productions on August 17, 2026, and August 28, 2026. The August 17, 2026 production was the production originally scheduled for July 31, 2026, but was delayed due to administrative issues. That production consisted of 851 pages being processed. ICE FOIA continued its review and processed an additional 854 pages on August 31, 2026. Approximately 2,383 pages of potentially responsive

records remain to be processed. ICE FOIA anticipates completing the final three (3) productions on or before September 30, 2026, October 30, 2026, and November 30, 2026.

In light of the foregoing, the parties proposed filing another joint status report after all productions have completed by December 10, 2026.

Dated: September 10, 2026

Respectfully submitted,

AMERICAN OVERSIGHT,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel For Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA,
D.C. Bar No. 90038597
Assistant United States Attorney
District of Columbia
601 D Street, NW
Washington, DC 20530
Email: danielle.peraza@usdoj.gov
202 - 252-7246

*Counsel for Defendant*